# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Eaves, Annies M | Case Number: 04 B 29131 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 8/6/04 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 9, 2009
Confirmed: October 4, 2004

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 21,000.00 | |
| Secured: | | 16,849.99 |
| Unsecured: | | 1,019.74 |
| Priority: | | 0.00 |
| Administrative: | | 1,976.00 |
| Trustee Fee: | | 1,154.27 |
| Other Funds: | | 0.00 |
| Totals: | 21,000.00 | 21,000.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 1,976.00 | 1,976.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 16,849.99 | 16,849.99 |
| 4. | RoundUp Funding LLC | Unsecured | 19.56 | 32.09 |
| 5. | Fingerhut Corporation | Unsecured | 57.24 | 93.92 |
| 6. | Resurgent Capital Services | Unsecured | 14.46 | 23.72 |
| 7. | Capital One | Unsecured | 23.37 | 38.34 |
| 8. | Brother Loan & Finance | Unsecured | 95.20 | 156.19 |
| 9. | AAA Checkmate LLC | Unsecured | 94.71 | 155.38 |
| 10. | Capital One | Unsecured | 74.11 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 317.01 | 520.10 |
| 12. | Capital One | Unsecured | 101.19 | 0.00 |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 15. | Spiegel | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| 18. | AT&T Wireless | Unsecured | | No Claim Filed |
| 19. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| | | | $ 19,622.84 | $ 19,845.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eaves, Annies M

Printed: 03/10/09

Case Number: 04 B 29131
Judge: Hollis, Pamela S
Filed: 8/6/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 136.49 |
| 4% | 50.40 |
| 3% | 25.20 |
| 5.5% | 234.30 |
| 5% | 42.00 |
| 4.8% | 120.96 |
| 5.4% | 449.21 |
| 6.6% | 95.71 |
|  | $ 1,154.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

